DORA G. MCCARTHY and DANIEL F. MCCARTHY, Appellants, v. GREATER NEW YORK VAUDEVILLE THEATRES CORPORATION, Respondent.— Judgment in favor of plaintiff Dora G. McCarthy for the sum of $400 reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, on the ground that the verdict is inadequate, unless within five days from the entry of the order herein defendant stipulate that the verdict be increased to $1,000 and that judgment, with costs, be entered thereon. If defendant so stipulate, the judgment so increased is unanimously affirmed, with costs of the appeal to appellant. Judgment in favor of plaintiff Daniel F. McCarthy for the sum of $125 unanimously affirmed, without costs. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

WILLIAM F. MCCULLOCH, Appellant, v. MORTON LODGE No. 63, F. & A. M., Respondent.— The provisions of the contract in respect to abandonment of construction are somewhat obscure and ambiguous. Evidence of the surrounding circumstances and of the practical construction of the contract by the parties is, therefore, competent in determining the rights of the parties, and may be offered on the trial. The plaintiff did not perform all the work he had undertaken to do if the purpose of construction had been carried to completion. Under these circumstances the plaintiff is not entitled to summary judgment. Order affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

CHARLES M. MILLER, as Administrator, etc., of EUGENIO GILARDI, Deceased, Respondent, v. BOARD OF EDUCATION OF THE UNION FREE SCHOOL, DISTRICT NUMBER FOUR, TOWN OF GREENBURGH, and Others, Defendants, Impleaded with ROBERT G. MACKAY, INC., Appellant.— Order granting a special preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

NEW YORK DUGAN BROTHERS, INC., Respondent, v. CLARENCE C. VAN FLEET, Mayor of the City of Middletown, and Others, Appellants.— Order granting an injunction *pendente lite* affirmed, without costs, on the ground that it was a proper exercise of discretion at Special Term pending the determination on the trial of the necessity and reasonableness of the ordinance requiring peddlers to take out a license. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

PECHTER BAKING CO., INC., Respondent, v. HYMAN BOBER, Appellant.— Order granting an injunction *pendente lite* reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the respondent's right to equitable relief is not clear — there is a question for trial as to whether the respondent will be entitled to a permanent injunction. The granting of a temporary injunction was not, therefore, a proper exercise of discretion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.